Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| YASIR S. CREACH<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br>JUDYAVN BIGSBY -v- ANNIe DOOKHAN<br>Daniel CONLEY<br>Julie NASSIF<br>Linda HUN<br>John Auerbach<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued.  If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.) | Case No. _____<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: *(check one)* ☑Yes ☐No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | YASIR Santiago CReach |
| Street Address | DOWNSTATE Correctional Facility |
| City and County | BoxF Red Schoolhouse Rd. |
| State and Zip Code | FishKill NY. 12524 |
| Telephone Number | |
| E-mail Address | |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Dept. OF Public Health - ANNIe Dookhan Chemist
Suffolk district Attorney's
Office - Daniel Conely
D.P.H. Julie Nasiff - Head OF ANalttical
chemistry lab
within the drug lab

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

  Name         ANNIe Dookha

  Job or Title *(if known)*  LaB chemist

  Street Address     William Hinton drug laB

  City and County    Jaimaca Plain, Suffolk

  State and Zip Code  MA

  Telephone Number   N\A

  E-mail Address *(if known)* N\A

Defendant No. 2

  Name         DaNiel CoNley

  Job or Title *(if known)*  DistricT ATTerney

  Street Address     3 PemBerToN Sq, 14th Flogr

  City and County    BosToN, SuFFoIk

  State and Zip Code  MA,

  Telephone Number   N\A

  E-mail Address *(if known)* N\A

Defendant No. 3

  Name         Julie NaSiFF

  Job or Title *(if known)*  LaB chemist SuperuisoR

  Street Address     William HinToN drug laB

  City and County    Jaimaca Plain, SuFFoIk

  State and Zip Code  MA,

  Telephone Number   N\A

  E-mail Address *(if known)* N\A

Defendant No. 4

  Name         Linda HAN

  Job or Title *(if known)*  LaB DirectoR

  Street Address     William HinToN deug lab

  City and County    Jaimaca Plain

  State and Zip Code  MA,

  Telephone Number   N\A

  E-mail Address *(if known)* N\A

B   Defendants

D.P.H. Linda Han
Director of Hinton drug laB

D.P.H. Commisioner John Auerbach

D.P.H. overseer Secretary of the executive
office of Health and Human Services.
Judy ann Bigsby.

. Continuation

John Auerbach
D.P.H Commisioner
William H Hinton drug lab
Jamaica Plain MA    Suffolk County
MA,
Phone # UKnown
Email address UKnown


Judy ann Bigsby
D.P.H. overseer, Secretary of the executive
Office of Health and Human Services
William H Hinton drug lab
Jamaica plain MA,
  Suffolk County

1. Yasir Santiago Creach - Plaintiff
Collins Correctional Facility
PO Box 340, Collins N.Y. 14034-0340
ANNIE Dookhan, Personel address
UKNOWN, daytime address William H Hinton
drug lab, Jamaica plain MA defendant

2. Daniel Conely, Personel address UKNOWN
day time address: District Atterneys Office
3 Pemberton Sq, Boston MA Suffolk
County, defendant.

3. Julie Nasiff, Personel address UKNOWN,
day time address, William H Hinton drug lab
Jamaica plain MA, defendant

4. Linda Han, Personel address UKNOWN day time
address William H Hinton drug lab
Jamaica plain MA, defendant

5. John Auerbach, Personell address UKNOWN
day time address,
Dept of Public Health
City of Boston MA, defendant.

6. Judy ANN Bigsby Personel address UKNOWN day time address
executive office of Health and human services

Federal Question Case:
Violation of Federal Law

Allegation against defendant ANNIE Dookhan
as Follows, Causing irrepearable, irreamendable,
harm, Liberty restrained, Cruel unusual punishment
Violating Due process rights.

ANNIE'S insidious misconduct as an
imposter "lab chemist" INFLUENCED my
Pleading out to every drug Case W ever
had since 2004 up until 2007 in Suffolk
County being "Material to that choice"
She colluded with district atterney's and
Currapt Police officials to Sabotage the

Lives of over 20,000 victims, I myself being a prime example, She sighned off as primary analyst secondary or conformatory in all of my convictions, had I known of her egregious misconduct I would have never plead out to any of my cases in Suffolk County, the impact of her sophisticated crime has demolished my future hopes for housing, employment, and to further my education, and also causing tantamount pscological problems landing me in multiple psciactric hospitals with severe ptsd symptoms as well as suicidel idictions, due to constant negligance with ever being housed or employed. Cases that have been dismissed are still on my record causing individuals to be bais, the destruction of my record "belies reconstruction" I also having been suving sentances for pleading out, has caused much pain and suffering, I was away from my loved ones who in some cases depended upon me for support, I was also assalted in state prison by inmates and officials. Causing me severe ptsd I allege that Annie Dookhan violated my 14 Amendment civil right as well as my 8th Ameadment civil right Due process of law with her foul play as an imposter and having served time was in itself is cruel and unusual, punishment

   Im seeking monatary relief for present collatoral damages, and pain and suffering under federal law of unjust conviction liberty restrained, irreaperable harm, 100.000 $ dollors for each completed year I served totaling to 350,000, and Trial by jury, within own and official capacity.

Allegations against defendant Daniel Conely District Atterneys office as follows in July of 2007 on or about, I was being Charged with Controlled Substance Class B 2nd subsequent offence, I served a one to two ½ state prison term, Conely violated my Constitutional right, of the Due process Clause, For failing to show my atterney exculpatory evidence of Misconduct, he also had made it policy custom and practice, as well as another policy practice of Corresponding and colluding with Lab chemist Dookhan Before and after Testing in most prosecutions involving illegal drugs, my alleged one Tenth of a gram of Cocaine never made it to the supression hearing, for his sophisticated role in me being Cruel and unusually Punished,
I seek monetary relief for Pain and suffering liberty restrained, unjust conviction, irreaperable harm, of 350.000 $
and a trial by Jury, within his own and official Capacity.

Allegations against defendant Julie Nasiff Personel address UKNOWN, day time address william H Hinton drug lab,
Julie Nassiff violated my Constitutional right of the Due process clause, For failing to Properly investigate her subordinates (ie) Annie Dookhan behavior and Misconduct, after having Knowledge of a specific breach of protocol,
Which Makes her liable.

Allegations against defendant Linda Han
Personel address UKNOWN  day time address william H Hinton drug lab
Lind Han violated my Constitutional rights of Due process Clause, by Not acting and Not holding her subordinate accountable, after also having Knowledge of Annie Dookhan's insidious Misconduct See solomon vs Dookhan, which Makes her liable

Allegations against defendant John Averbach
Commisioner of the Dept of Health
Personel address uknown day time address
William H Hinton drug lab, Commisioners
office City of Boston.
John Violated My Constitutional right of
Due process clause, For Failing To
Maintain dated operating proceedures For
the lab, and undertook No action Toward
accrediations, Likewise Failed to prohibit
direct contact between D P H chemist and
Prosecuting assistants district attorney.

Allegations against defendant Judy Ann Bigby
Secretary of executive office Health Human
Services, Personel address uknown day time
address William H Hinton drug lab
Judy also Violated My Federal Constitutional
rights by Failing To act on holding
subordinate accountable (ie) Annie Dookhan
She had knowledge of chemist
Malfeasance.

I would also add that If these individuals
No longer hold their positions, I would
ask the Courts To Make It possible
For Me To File the appropriate
law suit against the D.P.H. and
Suffolk district Attorney's office
I would Like a trial by
Jury and Monetary relief of 100,000 per
each year of being incarserated Totaring
up To 300,000 dollars.

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Due process Rights under the 14th Amed. and the 8th Amend.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant,  *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

FoR the IRReMediable and iRReParable haRM OF
seRving Multiple SenTances, Relief Sought under
M.GL 100,000 PeR YeaR adding To the amount
OF 300,000 dollers

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

deFendents aRe being held AccounTable FoR the
egRegious misconduct FRom theiR SuboRdinates. theiR
INActioNS, INability To Act when should have

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. SeveRe CollaTeRal ConsequenCes, ChRonic
Homelessness being denied Public Housing IN three
STates ME, CT. N.Y. Likewise IN MA, also employement
being denied menTal Health being extremely
challenging, INpatient PysciactRic Hospitals FoR
seveRe P.t.S.D. A.D.H.D ANxiety SuiCidal idiations
all STeming FRom the INPactOF injuRies, due To
having RecoRd victimized by deFendents,

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       3/4/20

Signature of Plaintiff

Printed Name of Plaintiff       Yasir Santiago Creach

### B.      For Attorneys

Date of signing:       _____

Signature of Attorney       _____

Printed Name of Attorney       _____

Bar Number       _____

Name of Law Firm       _____

Street Address       _____

State and Zip Code       _____

Telephone Number       _____

E-mail Address       _____