Yasir Creach
P O Box 340
Collins Corr
Facility
Collins NY.
14034

4-2-20

To: Clerk of Court
Robert Farrell
1 Courthouse Way
Boston MA, 02210

Mr. Farrell this is a Notice of change of Address I'm now being housed in the Collins Correctional Facility mentioned above, while I was in transit I couldn't get things in order, enclosed I'm sending you the Lawsuit packett done to the best of my ability, for the proceeding without the filing fee, I believe I already sent you a copy of my inmate account if not then please reach out to me and I will have it ready, available thank you Mr. Farrell