Yaser Creach
PO Box 340, Collins
N.Y. 14034

4.30.20

To: Judge Richard Stearns.
1 Courthouse Way.
Boston MA. 02210

RE civil suit

Your Honor, Im sending you this brief letter to inform you of some very important issues that pertain to my Lawsuit. Firstly Im an individual that suffers from phisical and pscological disabicities as for phisical I was born with a severe speech impediment (Studder) and likewise was diagnosed with ADHD as I grew

later on in life, was diagnosed with P.T.S.D Anxiety, this law suit is very delicate and very important to me, Im a layman of the law, and canot possibly defend myself effectively Im sending you copies of my many attempts to obtain council, I would ask you if you could please consider appointing council, your Honor thank you very Much for your help.

Yasir Creach P.O. box
340 Collins Corrections
Facility, Collins N.Y.
14034 4/17/2020

TO. New England innosence project

RE. Reprentation

Intake team, im writing to inform you that iv been given
a docket number as well as an assighned District Judge
also a Magistrate Judge regarding my 1983 Lawsuit against
Dookhan and the city of Boston, I understand that you are possibly
still reviewing my application for consideration. Will someone
in this office take my case on a contingent basis, the coplexity
of this case could be a little hard to grasp but the truth is
their are over 50.000 victims in this Nightmare i personally
have overturned my case, i was some cases even wrongly
convicted. im asking this agency to please help me if in fact
this is truley an innosence project. If not than please explain
to me why and what my next option would be.

Once again thanking you in advance for your time, patience,
knowledge on this matter.

Yours truley.

Yasir Creach P.O.box
340 Collins Corrections
Facility Collins N.Y.
14034

TO. Law offices of Larrabee and Whitefield
251 Harvard st. ste 07
Brookline Mass 02446

RE: council

Greetings Mr Larrabee,
im writing you this letter in hopes that you may remember me from the nightmare Hinton drug lab "Dookhan" relevant defendents you were handling some of my Roxbury matters and i believe you were able to get them dismissed, iv decided to filie a claim which is plausible on its face, regarding the Hinton drug lab 1983 cilvil suit my cases were overturned and so now im suing the city of Boston And the D.P.H. for the foul play misconduct in tha lab. the problem im having is that under Mckineys law in new york once a case is vacated you can pursue damages against the state in the commonwhealth i don't think that applies but iv decided to move forward and igliest be heard. could you possobly consider taking this case on a contingent basis pro bono you seem to be well versed and knowledgable when it comes to this drug lab scandal i agree that this case is a bit complex but i also know that their were 50.000 victims me being one of them this irreaparable harm that took place belies reconstruction. only a very small amount of victims came forward and actually filed a rule 30
sad but true. could you please help me mr larrabee im already in the door at the federal courthouse in Boston with an active docket number and an assighned Judge.

please consider this thank you very much for your time and knowledge

yours truley

Yasir Creach P.O. box
box 340 Collins N.Y.
14034 4/17/2020

TO. American Civil Liberties Union
of Boston MA, 211 Congress st.
Boston Ma.

RE: Class action suit

Mrs Navin, im writing you to personally thank you for your services and genuine concern, i also wanted to let you know that iv been struggling to communicate with those law firms that you had mentioned were possibly filing a class action suit, iv sent out two letters sofar in hopes of a response and have heard nothing i understand that the covid 19 virus has caused a major pandemic and that some people are probablly so traumatised that they won't come outside my prayers are with them do you know of an agency that would be able to further investigate this. Could you please send me the address of the suffolk lawyers for justice group they might be of some assistance also if you know any other information pertaining to this could you please advise me thank you very much Mrs Navin for your help i truly apreciate it.
yours truley