UNITED STATES COURT
DISTRICT D OF MASSACHUSETTS

YASIR CREACH

    VS

ANNIE DOOKHAN (LAB CHEMIST)
COMMONWEALTH OF MASSACHUSETTS

CASE # 20-10714 RGS

**AMENDED COMPLAINT**

YASIR CREACH—PLAINTIFF
COLLINS CORRECTIONAL FACILITY
PO BOX 340, COLLINS, NY 14034

ANNIE DOOKHAN—DEFENDANT
HINTON DRUG LAB IN J.P. MASS.

COMMONWEALTH OF MASSACHUSETTS;

1.) On 4-19-17 I Yasir Creach had two cases, one out of Boston Municiple Court Docket # 0501CR000142 and another out of Roxbury Docket # 0602CR000626 declared invalid, vacated And dismissed with prejudice by the Honorable J. Gaziano of the Supreme Judicial Court, the Defendant Annie Dookhan tainted and mishandled the evidence in my two cases, violating my Constitutional rights of Due Process under my secured Fourteenth Amendment. See Bridgeman Vs Suffolk County District Attorney's Office, A.C.L.U. Litigation Creach –Petitioner.

2.) Since this relief has been granted my injuries have been getting worse if not medicated. I have been Diagnosed with P.T.S.D., Anxiety, Depression and will have to be on medication for the rest of my life, in order to function well. For this pain and suffering of mental anguish and likewise being Unconstitutionally Convicted. I seek punitive damages against the Commonwealth and monetary relief.

SWORN TO BEFORE ME THIS 30
DAY OF June, 2020

_Margaret T. Zarcone_
NOTARY PUBLIC

MARGARET T ZARCONE
Notary Public · State of New York
Reg. No. 01ZA6388339
Certified in Cattaraugus County
My Commission Expires 03/04/20 23

Respectfully Submitted

_Yasir Creach_
Yasir Creach--Plaintiff

3

UNITED STATES COURT
DISTRICT D OF MASSACHUSETTS

YASIR CREACH

    VS                                            **STATEMENT OF CLAIM**

ANNIE DOOKHAN (LAB CHEMIST)
COMMONWEALTH OF MASSACHUSETTS        CASE # 20-10714 RGS

I Yasir Creach along with Kevin Bridgeman and Miguel Cuevas, in the Bridgeman vs Suffolk County District Attorney's Office # SJ-2014-005 S.J.C Petitioned before the S.J.C. of Massachusetts to have all Drug cases affected by Lab Chemist Annie Dookhan, dismissed and vacated in a bulk. My two cases 1.) Roxbury Docket # 062CR000626 AND 2.) Boston Municipal Court Docket # 0501CR000142 were both dismissed and vacated by the Honorable J. Gaziano. On the last B.M.C. central Docket entry report as of 4-19-17, therefore Annie Dookhan was the sole actor in tainting and mishandling the evidence in my two cases. Violating my Constitutional rights secured under the Fourteenth Amendment of Due Process. I then served two separate Unconstitutional sentences, and completed each term.

I now seek monetary damages against the state of 500,000 dollars and a trial by Jury. [see Heck vs Humphrey 512 U.S. 477 486-87 (1994) ]

Respectfully Submitted

Yasir Creach—Plaintiff

SWORN TO BEFORE ME THIS 30
DAY OF June , 2020

Margaret T. Zarcone
NOTARY PUBLIC

MARGARET T ZARCONE
Notary Public State of New York
Reg. No. 01ZA6388339
Certified in Cattaraugus County
My Commission Expires 03/04/2023

1

## STATEMENT OF RELEIF

I, Yasir Creach, am seeking monetary relief for pain and suffering, mental anguish and for serving multiple prison sentences that were declared invalid by the Supreme Judicial Court, in the amount of $500,000 dollars and a trial by jury

Respectfully,

Yasir Creach—Plaintiff

SWORN TO BEFORE ME THIS 30 DAY OF June, 2020

*Margaret T. Zarcone*
NOTARY PUBLIC

MARGARET T ZARCONE
Notary Public   State of New York
Reg. No. 01ZA6388339
Certified in Cattaraugus County
My Commission Expires 03/04/2023

2