UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-10714-RGS

YASIR S. CREACH

v.

ANNIE DOOKHAN and
COMMONWEALTH OF MASSACHUSETTTS

ORDER

October 28 , 2020

On August 7, 2020, *pro se* litigant Yasir S. Creach was granted leave to proceed *in forma pauperis* and summonses issued for service of the amended complaint on defendants Annie Dookhan and the Commonwealth of Massachusetts.  Dkt #11.  On October 27, 2020, Creach filed a letter explaining that he has been unable to locate an address for defendant Dookhan.  Dkt #15.  Creach asks the court to order the Suffolk County District Attorney to provide him with an address for Dookhan.  *Id.* at 2.  If unable to locate an address for defendant Dookhan, Creach asks if he could still "proceed against the state only."  *Id.*

Pursuant to Fed. R. Civ. P. 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that

defendant or order that service be made within a specified time." Here, it appears that Creach is waiting to serve the Commonwealth until he obtains an address for defendant Dookhan. The court recognizes the difficulties associated with service on Dookhan, however, Creach need not wait to obtain Dookhan's address and may proceed against the Commonwealth. Once the summons and Amended Complaint are served on the Commonwealth, and an appearance entered, Creach may then seek discovery concerning Dookhan's address. As the Suffolk County District Attorney is not a party to this lawsuit, the court will not enter an order for disclosure of information concerning Dookhan's address.

Accordingly, the court will extend the time to effectuate service[1] on the defendants until <u>December 4, 2020</u>.

SO ORDERED.

/s/Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1] Because Creach is *in forma pauperis*, he may elect to have service made by the United States Marshals Service. If directed by the plaintiff to do so, the United States Marshals Service shall serve the summons and amended complaint in the manner directed by the plaintiff, with all costs of service to be advanced by the United States.