UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-10714-RGS

YASIR S. CREACH

v.

ANNIE DOOKHAN and the COMMONWEALTH OF MASSACHUSETTS

ORDER

March 10, 2021

On February 5, 2021, the Commonwealth was ordered to advise the court whether it had any known address for defendant Annie Dookhan. Docket No. 31. The Commonwealth has filed its last known address for Annie Dookhan under seal and *ex parte*.

Because plaintiff is proceeding *in forma pauperis*, the clerk will be directed to complete the USM-285 form with Dookhan's last known address and provide it, along with a copy of the amended complaint, directly to the United Sates Marshals Service ("USMS"). The clerk shall communicate directly with the USMS to ensure that Dookhan's address is not disclosed to the plaintiff or the public.

Accordingly

1. The clerk shall reissue a summons for defendant Annie Dookhan.

2. The period for service of process is extended until 60 days from the date of this Order.

3. The USMS shall complete service with all costs of service to be advanced by the United States.

4. The clerk shall forward to the USMS the summons, a copy of the amended complaint and this Order, with instructions to file a return of service <u>under</u> <u>seal</u> so that Dookhan's last known address is not publicly disclosed. The clerk shall communicate directly with the USMS to ensure that Dookhan's last known address is not disclosed to the plaintiff or the public.

        SO ORDERED.

        /s/ Richard G. Stearns
        UNITED STATES DISTRICT JUDGE