FILED
IN CLERKS OFFICE

2021 MAR 11  AM 10: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

Yasir Creach
ID. 20a0222
Groveland Correctional
Facility P.O. box 50
Sonyea N.Y. 14556-005

TO: United States District Court
District of Massachusetts
Office of the Clerk
1 Courthouse Way Boston Massachusetts
02210

RE: C.A. No. 1:20-cv-10714 RGS
Yasir S. Creach

    Plaintiff,

  v.

Annie Dookhan,
Commonwhealth of
Massachusetts, et al.

Sir, I Yasir Creach in the above referenced matter have decided to DISMISS my Lawsuit against the Commonwhealth of Massachusetts and proceed with the permission of the Courts, against Annie Dookhan (Lab Chemist" in her personel capacity

Once again Sir I thank you personaly for your time and patience since this process began.