AK 1

Annie Khan

December 14, 2021

FILED
IN CLERKS OFFICE

2021 DEC 15 PM 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

Attn: Honorable Judge Angel Kelly
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Honorable Judge Kelly:

I writing in response to a letter I received on December 11th 2021 I regards to Case Name: Creach v. Dookhan et al, Case Number: 1:20-cv-10714-AK. Document Number: 101

I would appreciate if the Court would consider my letter prior to entering a default judgment in this case. Due to financial restrictions and obligations, I cannot afford an attorney to defend me in this matter.

After my incarceration, it was a struggle getting acclimated back to society and obtaining a job. But some guidance and faith, I was able to succeed. I live a simple life with my son and continue pay my debt to society. As I get older, I have encountered some health concerns that I struggle with, but it will not stop me from fulfilling my responsibilities. I currently work two jobs to meet my daily financial obligations as well as repaying debts that I owe due to my trial and incarceration. Due to my incarceration, I was ordered to repay the Massachusetts Department of Unemployment for payments I received during my unemployment from the Department of Public Health, which I achieved with a monthly payment plan.

As stated above, my life is simple and quiet. My daily routine consists of work, daily responsibilities and trying to spend as much time with my son and people I hold close to my heart. I continue to meet my daily obligations with the support of my family, friends and my community. I have learned through my life's journey is life is too short and I can never fully repay society for my poor judgement and my failure for not thinking of the consequences of my actions and how it would impact not only my life but my son, family and society. I live everyday trying to make the right decisions and asking help and guidance when I am uncertain or doubts.

I hope that the Court would consider my time spent at the Department of Corrections at Framingham and my choices and activities during my journey there as well after being released due to Early Parole Decision and Probation and fulfilling my obligations to those Departments as well. I continue to maintain a positive outlook on life and make the right choices going forward.

I beg the Court's grace that you consider this letter as a statement on my behalf in regards to your decision. I would greatly appreciate it. I would like to thank Court for their assistance, consideration and time.

Please do not hesitate to contact me if you need further information.


Sincerely,

*Annie Khan*
Annie Khan

Case Name:  Creach v. Dookhan et al

Case Number:  1:20-cv-10714-AK.

Document Number:  101

*[signature]*
12-14-2021



## Other Orders/Judgments
1:20-cv-10714-AK Creach v. Dookhan et al

ProSe

## United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 12/2/2021 at 11:59 AM EST and filed on 12/2/2021
**Case Name:** Creach v. Dookhan et al
**Case Number:** 1:20-cv-10714-AK
**Filer:**
**Document Number:** 101(No document attached)

**Docket Text:**
**District Judge Angel Kelley: ELECTRONIC ORDER entered. On April 10, 2020, Plaintiff filed a complaint [1] against Defendants, and Defendant Annie Dookhan was properly served on April 8, 2021. Thereafter, Plaintiff filed a Second Amended Complaint [51], with which Defendant Annie Dookhan was properly served on July 2, 2021. As of December 2, 2021, Defendant Annie Dookhan has not answered, or otherwise responded to, Plaintiffs claims. Defendant Annie Dookhan is hereby ordered to show cause, in writing by December 16, 2021, why the Court should not enter a default judgment against Defendant Annie Dookhan for the relief the Plaintiff seeks. (Lara, Miguel)**

**1:20-cv-10714-AK Notice has been electronically mailed to:**

Paul V. Kelly   paul.kelly@jacksonlewis.com, bostondocketing@jacksonlewis.com, donna.decoste@jacksonlewis.com, paul-kelly-3412@ecf.pacerpro.com

Michael J. Grace   mjg@raipher.com, dls@raipher.com

Robert N. Launie   boblaunielaw@aol.com

Paul V. Marino   paul.marino@launiemarino.com, paulmarinolaw@aol.com

Adam J. Hornstine   adam.hornstine@mass.gov, Leah.S.Molofsky@mass.gov

Nieve Anjomi   nieve.anjomi@boston.gov, jean.ferris@boston.gov

Randall F. Maas   randall.maas@boston.gov

**1:20-cv-10714-AK Notice will not be electronically mailed to:**

Yasir S. Creach
20A0222