Creach v. Dockhanat el
RGS

FILED
IN CLERK'S OFFICE
2022 MAY 27 AM 11:56 Rcd.

Yasir Creach
A.C.C.F.
840 Albany Shaker Rd.
Albany N.Y.
12211

5.22.22

To: United States Federal Court
District of Massachusetts.
Office of the Clerk
One Courthouse Way, Boston
MA, 02210

RE: Notice of a change of Address. As of the 3rd of this month I know reside at the Albany county Jail on my parole violation at the above mentioned Address I also would like to express to the court, of my address before I arived hear

While on parole since November 23rd of 2021 I was placed at the Rescue Mission in the city of Albany N.Y. and was also ~~also~~ inpatient at Albany Medical for mental health and other serious phisical health reasons, the staff member at the rescue mission stated to me that I could not recieve any mail their for reasons uknown to me, my P.O. was then informed by them and never reached out to me and for this I apologize to the court vert much so.

Please send me any and all mail that pertains to my lawsuit hear.

Once again your Honor thank you very much

*[signature]*

Sworn to before me this 23rd day of May 2022.

BONNI J. DEADY
Notary Public, State of New York
Qualified in Albany County
Reg. No. 01DE6291472
Commission Expires October 18, 2025

*[signature: Bonni J Deady]*