YASIRCREACH
1074 S. CLINTON
ST.
SYRACUSE
N.Y.

13202

FILED
IN CLERKS OFFICE
2022 OCT 12  AM 11:38
U.S. DISTRICT COURT
DISTRICT OF MASS.