Yasir S. Creach
St. John Riverside
Hosp. Yonkers N.Y.
5.30.24

FILED
IN CLERK'S OFFICE
2024 JUN -3 PM 12:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

To. United States District Court.
John Joseph Moakley Courthouse
Office of the Clerk. One Courthouse Way
Suite 2300 Boston MA 02210

Mr. Lara,
Hope all is well and that you and your loved ones are healthy and in good spirits, As you may remember we last spoke back when I was entering into treatment. over at Conifer park. and you had mentioned that I should focus on my health and recovery and when the time was ripe I could reopen this case. For this I was more than thankful.

As of Now ( At least at the end of my treatment the State of New York is trying to look for Housing that I am eligible For. However my plans are to kindly request that you reopen this matter some time after the summer hopefully by late August or September I should be in my new Apt. God willing. Since we spoke last time I have had surgery on my knee and other body parts. and am still Recovering. Slowly. at this Juncture IM Requesting that you please Resend me all copies of All

Documents. IM Not IN reciept ANY more of the Copies you sent me while I was at Conifer Park. If I need To pay for this please send me the Directions on how To go about doing so. I remember you telling me that you would help me ANY WAY. IM Hoping your Heart Hasn't changed. thank you

McGill

Yours Truly

[signature]

P.S

I Also know that Iv been Asking for this A lot AND consider this the last time I request this. IM PRaSE So im sure you understand how hard it has been for me to prepare myself. thank you sir