UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YASIR S. CREACH,<br><br>      Plaintiff,<br><br>            v.<br>ANNIE DOOKHAN, JULIE NASSIF,<br>LINDA HAN, CHUCK SALEMI,<br><br>      Defendants. | Civil Action No. 20-CV-10714-RGS |

## JOINT PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ordered that:

A.  **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by January 10, 2025:

B.  **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after January 31, 2025:

C.  **Fact Discovery - Interim Deadlines.**

   1. Written discovery (requests for production of documents, interrogatories and request for admissions) shall be served no later than February 14, 2025.

   2. All depositions, other than expert depositions, must be completed by July 31, 2025.

D.  **Fact Discovery - Final Deadline.** All discovery, other than expert discovery, must be completed by August 29, 2025

E.  **Status Conference**. The Court will schedule a status conference at or near the close of fact discovery for case management purposes. Any party who reasonably believes that an earlier status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.:

**F.**   **Expert Discovery.**

1. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by August 29, 2025:

2. Plaintiff(s)' trial experts must be deposed by October 10, 2025:

3. Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by September 19, 2025:

4. Defendant's trial experts must be deposed by October 31, 2025:

**G.**   **Dispositive Motions.**

1. Dispositive motions, such as motions for summary judgment and motions for judgment on the pleadings, must be filed by November 14, 2025.

2. Oppositions to dispositive motions must be filed within 21 days after service of the motion.

3. Reply memoranda, not to exceed 10 pages, must be filed within 14 days after service of the opposition papers.

4. Sur-Reply memoranda are not permitted.

**H.**   **Trial by Magistrate Judge:**  The parties do consent to trial by magistrate judge at this time.

**SO ORDERED.**

Dated:                                             /s/_____
                                                   Hon. Angel Kelly
                                                   United States District Judge