RECEIVED IN CLERK'S OFFICE
DATE: 3/27/2025

March 20, 2025

<u>Yasir Creach</u> -
Plantiff

Case Number: <u>1:20-cv-10714-AK</u>

v

<u>Annie Dookhan et. al.</u>
Defendant

Motion for Default Judgment,

  I, Yasir Creach, move to find Annie Dookhan in default for damages set at $50,000, due to an unjust conviction in a criminal matter tried in the State of Massachusetts. As well, for damages due to pain, suffering, and psychological trauma, for $50,000. Additionally, I would like to sue for lost wages, the amount being $14,000, for loss of Social Security Benefits for a period of 12 months.

  The facts supporting this default judgment are the following. I, in 2005 entered a plea of guilty, due to lab reports from Hinton Labs stating that I was in possession of a controlled substance. Annie Dookhan, the lab technician, falsified the lab report to the court, and subsequently I was coerced into pleading guilty of a crime in which I would either have went to trial or would have been dismissed to lack of evidence. The conviction in this case, docket number 0684CR10817, was vacated, a new trial was set and the case was dismissed against me.

  While incarcerated, I was repeatedly verbally, physically, and emotionally abused. I was beaten, subjucted to isolation and torture, and was then moved for my own protection. All facts are documented under that docket number. I was in Suffolk House of Correction, and then moved to Essex where I completed my sentence.

  In closing I believe I have sufficiently pleaded the facts, stated damages, and wish to move forward with this motion for default judgment.

Yours Truly

Yasir Creach

Sworn to Me on This Day 19Th of march 2025

RONALD DOLYK
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, N.Y.
My Commission Expires Dec. 31 2026