AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Yasir S. Creach | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-10714-AK |
| Annie Dookhan, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dr. Linda Han                                                                    .

Date:   05/22/2025

*Attorney's signature*

Jamie Kessler BBO # 681867
*Printed name and bar number*
JACKSON LEWIS P.C.
75 Park Plaza - 4th Floor
Boston, MA 02116

*Address*

Jamie.Kessler@jacksonlewis.com
*E-mail address*

(617) 305-1256
*Telephone number*

*FAX number*