UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YASIR S. CREACH,<br>    Plaintiff<br><br>v.<br><br>ANNIE DOOKHAN, JULIE NASSIF<br>LINDA HAN, CHARLES SALEMI,<br>CITY OF BOSTON, COUNTY OF<br>SUFFOLK,<br>    Defendants | CIVIL ACTION NO.<br>20-CV-10714-AK |

**MOTION TO REQUEST A WRIT OF HABEAS CORPUS FOR PLAINTIFF TO BE MADE AVAILABLE FOR A VIRTUAL DEPOSITION**

    Now comes counsel for the Defendant, Julie Nassif, in the above captioned matter and respectfully request that this Honorable Court issue a Writ of Habeas Corpus to the Erie County Holding Center located at 40 Delaware Avenue, Buffalo, New York, 14201, for the Plaintiff, Yasir S. Creach, to appear for a virtual deposition on September 16, 2025, at 10:00 am.

    As grounds for this motion counsel for the Defendant, Julie Nassif, states that this Honorable Court has agreed to extend the discovery deadline so that counsel for the Defendants could arrange to conduct a virtual deposition of Mr. Creach, the Plaintiff in this matter, who remains incarcerated in the State of New York and unavailable to appear in person for a deposition. Counsel for the Defendants have reached out to the facility where Plaintiff is currently being held and were informed that the facility requires a Writ of Habeas Corpus with the date and time to make the Plaintiff available for the deposition and will provide him with access to a computer. Counsel would request this Writ of

1

Habeas Corpus to make Plaintiff available for a deposition on September 16, 2025, at 10:00 am be issued by this Honorable Court and sent to the Eire County Holding Center.

Respectfully Submitted,
Julie Nassif,
By Her Attorneys,

Robert N. Launie, Esq., BBO # 548826
robert.launie@launiemarino.com
Paul V. Marino, Esq., BBO# 635444
paul.marino@launiemarino.com
LAUNIE & MARINO, P.A.
1200 East Street
Westwood, MA 02090
(781) 326-9213

## CERTIFICATE OF SERVICE

I, Paul V. Marino, Esq., do hereby certify that on July 11, 2025, the forgoing, Motion to Request a Writ of Habeas Corpus for the Plaintiff to be Made Available for a Virtual Deposition was served on all parties or their counsel of record through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants including,

Yasir S. Creach
Inmate
Erie County Holding Center
40 Delaware Avenue
Buffalo, NY 14201

Paul V. Marino, Esq.