UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| YASIR S. CREACH,<br>    Plaintiff<br><br>v.<br><br>ANNIE DOOKHAN, JULIE NASSIF<br>LINDA HAN, CHARLES SALEMI,<br>CITY OF BOSTON, COUNTY OF<br>SUFFOLK,<br>    Defendants | CIVIL ACTION NO.<br>20-CV-10714-AK |

**MOTION TO REQUEST A WRIT OF HABEAS CORPUS FOR PLAINTIFF TO BE MADE AVAILABLE FOR A VIRTUAL DEPOSITION**

Now comes counsel for the Defendant, Julie Nassif, in the above captioned matter and respectfully request that this Honorable Court issue a Writ of Habeas Corpus to the Franklin Correctional Facility located at 62 Bare Hill Road, Malone, New York, 12953, with a mailing address of P.O. Box 10, Malone, N.Y. 12953-0010, for the Plaintiff, Yasir S. Creach, DIN # 25B2054, to appear for a virtual deposition on December 5, 2025, at 10:00 am.

As grounds for this motion, counsel for the Defendant, Julie Nassif, states that this Honorable Court has agreed to extend the discovery deadline so that counsel for the Defendants could arrange to conduct a virtual deposition of Mr. Creach, the Plaintiff in this matter, who remains incarcerated in the State of New York and unavailable to appear in person for a deposition. Counsel for the Defendants had reached out to the prior facility where Plaintiff was being held and a Writ of Habeas Corpus for the Plaintiff to be Made Available for a Virtual Deposition had been issued by this Honorable Court,

1

however, Counsel has recently been informed that Mr. Creach has been moved again to a new facility. He is now currently being held at the Franklin Correctional Facility located at 62 Bare Hill Road, Malone, New York, 12953, with a mailing address of P.O. Box 10, Malone, N.Y. 12953-0010. The facility requires a Writ of Habeas Corpus with the date and time to make the Plaintiff available for the deposition. Counsel would request this Writ of Habeas Corpus to make Plaintiff available for a deposition on December 5, 2025, at 10:00 am be issued by this Honorable Court and sent to the Franklin Correctional Facility.

> Respectfully Submitted,
> Julie Nassif,
> By Her Attorneys,
>
> Robert N. Launie, Esq., BBO # 548826
> robert.launie@launiemarino.com
> Paul V. Marino, Esq., BBO# 635444
> paul.marino@launiemarino.com
> LAUNIE & MARINO, P.A.
> 1200 East Street
> Westwood, MA 02090
> (781) 326-9213

## CERTIFICATE OF SERVICE

I, Paul V. Marino, Esq., do hereby certify that on October 2, 2025, the forgoing, Motion to Request a Writ of Habeas Corpus for the Plaintiff to be Made Available for a Virtual Deposition was served on all parties or their counsel of record through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants including,

Yasir S. Creach
Inmate
DIN # 25B2054
Franklin Correctional Facility
P.O. Box 10
Malone, N.Y. 12953-0010

_____
Paul V. Marino, Esq.