# UNITED STATES DISTICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, OR ANY OF HIS DEPUTIES,

AND TO: WASHINGTON CORRECTIONAL FACILITY, 72 LOCK ELEVEN LANE, COMSTOCK, NY 12821

YOU ARE COMMANDED to have the body of YASIR S. CREACH #25132054 now in your custody, before the United States District Court for the District of Massachusetts, John J. Moakley United States Courthouse, 1 Courthouse Way, Courtroom No. VIDEO, on the N/A floor, Boston, Massachusetts on or before NOVEMBER 9, 2026 at 2:30PM

for the purpose of STATUS CONFERENCE

in the case of CREACH v. DOOKHAN ET AL

Case Number: 20-CV-10714-AK

And you are to retain the body of said YASIR S. CREACH #25132054 while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said YASIR S. CREACH #2513205 to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein. Dated this 6 day of NOVEMBER, 2026.

Angel Kelley
United States District Judge

ROBERT M. FARRELL
CLERK OF COURT

By: /s/ Miguel A. Lara
Deputy Clerk